---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Lake Branch Dairy, Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **65-0319105** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3060 Perdue Road NE**<br>**Wauchula, FL 33873-8503**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hardee**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Lake Branch Dairy, Inc.**                                                    Case number (*if known*) _____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __2120__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

| Debtor | **Lake Branch Dairy, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Lake Branch Dairy, Inc.**                                          Case number (*if known*)
         Name

<hr/>

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2018**
               MM / DD / YYYY

**X** **/s/ Roger L. Nickerson**                                   Roger L. Nickerson
Signature of authorized representative of debtor                   Printed name

Title    **President**

<hr/>

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**                    Date   **July 17, 2018**
Signature of attorney for debtor                               MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**     Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

In the Matter of:                              }
                                               }   Chapter 11
LAKE BRANCH DAIRY, INC.,                        }
                                               }   Case No: 8:18-bk-
          Debtor,                              }
_____        }

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, *ROGER L. NICKERSON*, declare, under penalty of perjury, that I am the President of LAKE BRANCH DAIRY, INC. (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Director(s) of said corporation at a special meeting duly called and held on the __17th__ day of July, 2018.

    "**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    **Be It Therefore Resolved**, that *ROGER L. NICKERSON*, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter voluntary bankruptcy case on behalf of the corporation; and

    **Be It Further Resolved**, that *ROGER L. NICKERSON*, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    **Be It Further Resolved**, that *ROGER L. NICKERSON*, President of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 9301 W. Hillsborough Avenue, Tampa, Florida 33615-3008*, to represent the corporation in such bankruptcy case."

Date_7/17/2018_          Signed_Roger L. Nickerson_____
                                 *ROGER L. NICKERSON*, President

**Fill in this information to identify the case:**

Debtor name    **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2018**               X ***/s/ Roger L. Nickerson***
                                                  Signature of individual signing on behalf of debtor

                                                  **Roger L. Nickerson**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lake Branch Dairy, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MetLife Agricultural Finance** PO Box 25965 Overland Park, KS 66225-5965 | | **Trucks: 2008 Chevy Silverado, Vin #xxx9397; 2001 Ford F350, DRW Super Duty, Vin #xxx3674; 2001 Ford F250, SRW Super Duty, Vin #xxx6366; 2011 Ford F25** | | $2,778,777.02 | $330,525.00 | $2,448,252.02 |
| **Farm Credit of Florida** PO Box 337 Wauchula, FL 33873-0337 | | **All Dairy Cattle (1,438 milking cows + 441 dry cows + 700 adolescent cows + 40 bulls) and & Orange Groves - 23.5 acres by M&N and 63 acres by Happy [L** | | $4,295,287.53 | $2,818,000.00 | $1,477,287.53 |
| **Farm Credit of Florida** PO Box 213069 West Palm Beach, FL 33421-3069 | | **All Dairy Cattle (1,438 milking cows + 441 dry cows + 700 adolescent cows + 40 bulls) and & Orange Groves - 23.5 acres by M&N and 63 acres by Happy [L** | | $502,260.28 | $2,818,000.00 | $502,260.28 |
| **Wabasso Road Dairy, Inc.** PO Box 1407 Avon Park, FL 33826 | | **Purchases** | **Subject to Setoff** | | | $168,000.00 |
| **Chase** PO Box 15298 Wilmington, DE 19850-5298 | | **Credit Card** | | | | $20,832.43 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **3,331,161.05**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $     **3,331,161.05**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **7,659,236.42**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **58,800.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **188,832.43**

4.    **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b      $     **7,906,868.85**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Heartland National Bank** | **Business Checking** | 4362 | $26,446.05 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | $26,446.05 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Lake Branch Dairy, Inc.**                                    Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops-either planted or harvested** | | | |
| **29.    Farm animals** *Examples: Livestock, poultry, farm-raised fish* **All Dairy Cattle (1,438 milking cows + 441 dry cows + 700 adolescent cows + 40 bulls) and & Orange Groves - 23.5 acres by M&N and 63 acres by Happy [Lien: Farm Credit]** | $0.00 | | $2,818,000.00 |
| **30.    Farm machinery and equipment** *(Other than titled motor vehicles)* **Trucks:  2008 Chevy Silverado, Vin #xxx9397; 2001 Ford F350, DRW Super Duty, Vin #xxx3674; 2001 Ford F250, SRW Super Duty, Vin #xxx6366; 2011 Ford F250, SRW Super Duty, Vin #xxx4659; 2013 Ford F250, SRW Super Duty, Vin #xxx5579;  2014 Chevy Silverado, Vin #xxx4427; Trailers:  1969 Small 12' Stock Trailer; 1988 Gooseneck Flatbed Dovetail Trailer 24'; 1991 Gooseneck Flatbed Dovetail Trailer 34'; 2005 Utility 10x16 Flatbed Trailer 16' w/ Wood Floor; 2005 Stoll 32' Stock Trailer, Vin #xxx6616; 2007 Utility 10x6 Trailer 10' Grey Metal Box, SN #xxx1090; 2008 Stoll 24' Stock Trailer, Vin #xxx6804; 8' Red Metal Box Trailer; 2-300 Gallon Milk Trailers; 7' Red Flatbed Trailer;Tractors & accessories: 1978 John Deere 544 Front-end loader; 1985 Deutz Tractor; 2001 John Deere 5510 w/ 541 Loader, SN #xxx1798; 2005 John Deere 6615 D Tractor w/ Cab & Air, SN #xxx5947; 2005 John Deere 6715D Tractor w/ Cab & Air, SN #xxx2260; 2008 John Deere 5525 Tractor w/ 542 Loader, SN #xxx4911; John Deere 740 Loader w/ Cap & Air, SN #xxx2451; 2016 Vemeer TR90 Rebel Tetter; Pre2004 JD926 Sidepull Rotary Mower/Conditioner; Case International 895 4WD Tractor; JD 468 Balester Frontier Silage Special; Kuhn, SR 110-Gen2, Wheel Rake [Lien: MetLife]** | $0.00 | | $330,525.00 |

Debtor    **Lake Branch Dairy, Inc.**                                        Case number (If known) _____
             Name

| | | |
|---|---|---|
| **2015 John Deere 6150 Row-Crop Tractor, SN #xx2855 & 2017 John Deere H360 Loader, SN #xx5395 [Lien: John Deere]** | $0.00 | $94,000.00 |
| **2015 John Deere 469 Round Baler, SN #xx0407 & 2015 John Deere 830 Mower Conditioner, SN #xx0966 [Lien: John Deere]** | $0.00 | $50,000.00 |

31.    **Farm and fishing supplies, chemicals, and feed**

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**                                                                      **$3,292,525.00**

Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
       ■ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ■ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**Office/Barn #1: 2-Desks, Refrigerator, and Microwave; Office/Barn #2: Conference table, 5 Office chairs, Refrigerator, Microwave, 3-small 3 drawer filing cabinets, Computer, Copy machine, Table for computer, File Cabinet, and 4-big 4 drawer filing cabinets; Downstairs Office/Barn #2: Refrigerator, 2 Microwaves, 2 Tables, Desk 5 Plastic chairs, Plastic locking cabinet, Small refrigerator, Metal 3 drawer file cabinet, and parts rack** | $0.00 | | $2,190.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Lake Branch Dairy, Inc.**                                    Case number *(If known)*  _____
Name

**communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                            | **$2,190.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)
       **Purchase Agreement w/ Wabasso**    10,000.00  -  _____ 0.00  =
       **Road Dairy, Inc. -- owes Debtor**     Total face amount      doubtful or uncollectible amount
       **approx. 10,000 for sales which would**
       **setoff debt, debtor owes to Wabasso**                                          **$10,000.00**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor     **Lake Branch Dairy, Inc.**                                    Case number *(If known)* _____
          Name

**has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                        | **$10,000.00** |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor   **Lake Branch Dairy, Inc.**                                  Case number *(If known)*
              Name

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,446.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $3,292,525.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,190.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,331,161.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,331,161.05 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Deere & Company**<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | $59,297.25 | $94,000.00 |

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

**2015 John Deere 6150 Row-Crop Tractor, SN #xx2855 & 2017 John Deere H360 Loader, SN #xx5395 [Lien: John Deere]**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Deere & Company**<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | $23,614.34 | $50,000.00 |

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

**2015 John Deere 469 Round Baler, SN #xx0407 & 2015 John Deere 830 Mower Conditioner, SN #xx0966 [Lien: John Deere]**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 3

Debtor    **Lake Branch Dairy, Inc.**                                   Case number (if known) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                               ☐ Disputed

---

| 2.3 | **Farm Credit of Florida** | Describe debtor's property that is subject to a lien | $4,295,287.53 | $2,818,000.00 |
|---|---|---|---|---|

Creditor's Name

**All Dairy Cattle (1,438 milking cows + 441 dry cows + 700 adolescent cows + 40 bulls) and & Orange Groves - 23.5 acres by M&N and 63 acres by Happy [Lien: Farm Credit]**

**PO Box 337**
**Wauchula, FL 33873-0337**

Creditor's mailing address

Describe the lien
**UCC-1 (Notes 02 & 03)**

Is the creditor an insider or related party?

☑ No
Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**          ☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2392**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply
☐ No                                ☐ Contingent
☑ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**1. Farm Credit of Florida**
**2. Farm Credit of Florida**

---

| 2.4 | **Farm Credit of Florida** | Describe debtor's property that is subject to a lien | $502,260.28 | $2,818,000.00 |
|---|---|---|---|---|

Creditor's Name

**All Dairy Cattle (1,438 milking cows + 441 dry cows + 700 adolescent cows + 40 bulls) and & Orange Groves - 23.5 acres by M&N and 63 acres by Happy [Lien: Farm Credit]**

**PO Box 213069**
**West Palm Beach, FL**
**33421-3069**

Creditor's mailing address

Describe the lien
**Note 04**

Is the creditor an insider or related party?

☑ No
Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**          ☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2392**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply
☐ No                                ☐ Contingent
☑ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.5 | **MetLife Agricultural Finance** | Describe debtor's property that is subject to a lien | $2,778,777.02 | $330,525.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Lake Branch Dairy, Inc.**
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | **Trucks: 2008 Chevy Silverado, Vin #xxx9397; 2001 Ford F350, DRW Super Duty, Vin #xxx3674; 2001 Ford F250, SRW Super Duty, Vin #xxx6366; 2011 Ford F250, SRW Super Duty, Vin #xxx4659; 2013 Ford F250, SRW Super Duty, Vin #xxx5579; 2014 Chevy** |

**PO Box 25965
Overland Park, KS
66225-5965**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$7,659,236.42**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL 32314** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**None known - noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**None known - noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Lake Branch Dairy, Inc.**
_____
Name

Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,700.00 | $0.00 |
|---|---|---|---|---|

**Kelly Nickerson**
**115 N.E. 3rd Street**
**Fort Meade, FL 33841-2533**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,700.00 | $0.00 |
|---|---|---|---|---|

**Kevin D. Moore**
**PO Box 1328**
**Wauchula, FL 33873**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,700.00 | $0.00 |
|---|---|---|---|---|

**Roger L. Nickerson**
**5901 Steve Roberts Special**
**Zolfo Springs, FL 33890-9523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,700.00 | $0.00 |
|---|---|---|---|---|

**Roger Mongomery**
**2556 Maude Road**
**Wauchula, FL 33873-4896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages`**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

   **3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
          out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Lake Branch Dairy, Inc.**
_____
Name

Case number *(if known)* _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,832.43 |
|---|---|---|---|

**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,000.00 |
|---|---|---|---|

**Wabasso Road Dairy, Inc.**
**PO Box 1407**
**Avon Park, FL 33826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Purchases**

Is the claim subject to offset? ☐ No  ■ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 58,800.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 188,832.43 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 247,632.43 |

**Fill in this information to identify the case:**

Debtor name   **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landlord - 63 acres grove + 17 acres rough land (3003 Hanuch, Wauchula)**<br><br><br>**Happy Acre Groves, LLP**<br>**3060 Perdue Road**<br>**Wauchula, FL 33873** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landlord - 710 Acres of improved pasture (7160 E. County Line Road) - Parcel No. 05-23-27-0000-10010-00 00)**<br><br><br>**Lake Branch II, LLP**<br>**3060 Perdue Road**<br>**Wauchula, FL 33873** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landlord - 23.5 acres of grove (3150 Platt Road)**<br><br><br>**M&N Traders, Inc.**<br>**3060 Perdue Road**<br>**Wauchula, FL 33873** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landlord - 88.02 Acres of improved pasture (3176 Platt Road) - Parcel No. 33-33-26-0000-05630-00 00**<br><br><br>**Roger & Elizabeth Nickerson Farms, LLP**<br>**3060 Perdue Road**<br>**Wauchula, FL 33873** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Lake Branch Dairy, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord to Roger Nickerson who sub-leases to Debtor - 166.00 Acres of pasture land 30-33S-26E (Hardee County)** | |
|---|---|---|---|
| | State the term remaining | | **South Fort Meade Land Management, Inc.** |
| | List the contract number of any government contract | | **8813 Highway 41 S. Riverview, FL 33569** |

**Fill in this information to identify the case:**

Debtor name     **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Happy Acre Groves, LLP** | **3060 Perdue Road Wauchula, FL 33873** | **Farm Credit of Florida** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.2 **Kelly & Meylin Nickerson** | **115 N.E. 3rd Street Fort Meade, FL 33841-2533** | **Farm Credit of Florida** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.3 **Kevin & Elizabeth L. Moore** | **PO Box 1328 Wauchula, FL 33873** | **Farm Credit of Florida** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 **Kevin Dale Moore** | **185 Myrtle Drive Wauchula, FL 33873** | **Deere & Company** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.5 **M&N Traders, LLC** | **3060 Perdue Road Wauchula, FL 33873** | **Farm Credit of Florida** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Lake Branch Dairy, Inc.** | Case number *(if known)* | |

| **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Roger & Connie Mongomery** | **2556 Maude Road Wauchula, FL 33873-4896** | **Farm Credit of Florida** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Roger Lee Nickerson** | **5901 Steve Roberts Special Zolfo Springs, FL 33890** | **Deere & Company** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Roger Lee Nickerson** | **5901 Steve Roberts Special Zolfo Springs, FL 33890** | **Farm Credit of Florida** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Lake Branch Dairy, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>■ Other  **Estimated YTD** | **$142,405.34** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$6,965,753.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$5,506,482.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lake Branch Dairy, Inc.** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **Lake Branch Dairy, Inc.**                                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Great American Insurance Group, Policy #DPK 1114798** | **002 Bldg. 001 - Milking Barn - $77,394.79 for wind damage - paid 02-12-18**<br>**001 Bldg. 001 - Milking Barn - $14,414.86 for damage - paid 10-30-17** | **09/10/2017** | **Unknown** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buddy D. Ford, P.A.**<br>**9301 W. Hillsborough Avenue**<br>**Tampa, FL 33615-3008** | | **07/17/18 - $25,000 retainer**<br>**07/17/18 - $1,717 filing fee** | **$26,717.00** |
| | Email or website address<br>**all@tampaesq.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

---

| Debtor | **Lake Branch Dairy, Inc.** | Case number *(if known)* |
|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Lake Branch Dairy, Inc.**                                    Case number *(if known)* _____

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Lake Branch Dairy, Inc.**                                  Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Bill Benton CPA**<br>**233 US Highway 27 North**<br>**Sebring, FL 33870** | **2016 to present** |
| 26a.2.    **Roger L. Nickerson**<br>**5901 Steve Roberts Special**<br>**Zolfo Springs, FL 33890-9523** | **03/02/1992 (Incorporation) to present** |
| 26a.3.    **Kevin D. Moore**<br>**PO Box 1328**<br>**Wauchula, FL 33873** | **_____ to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Connie Lee Montgomery** | **2556 Maude Road**<br>**Wauchula, FL 33873-4896** | **VP & Shareholder** | **22.833330% (w/ Spouse)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Elizabeth L. Moore** | **PO Box 1328**<br>**Wauchula, FL 33873** | **VP & Shareholder** | **22.833330% (w/ Spouse)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kelly Nickerson** | **115 N.E. 3rd Street**<br>**Fort Meade, FL 33841-2533** | **VP, Asst. Treasurer, and Shareholder** | **27.833340%** |

Debtor    **Lake Branch Dairy, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Kevin D. Moore | PO Box 1328<br>Wauchula, FL 33873 | Secretary, Treasurer, & Shareholder | 22.833330%<br>(w/ Spouse) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Roger L. Nickerson | 5901 Steve Roberts Special<br>Zolfo Springs, FL 33890-9523 | President & Shareholder | 26.500000% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Roger Montgomery | 2556 Maude Road<br>Wauchula, FL 33873-4896 | VP & Shareholder | 22.833330%<br>(w/ Spouse) |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Roger Mongomery<br>2556 Maude Road<br>Wauchula, FL 33873-4896 | Gross $15,600.00 (Thru July 31, 2018) | Semi-monthly | Salary |
| | Relationship to debtor<br>Officer | | | |
| 30.2. | Kevin D. Moore<br>PO Box 1328<br>Wauchula, FL 33873 | Gross $15,600.00 (Thru July 31, 2018) | Semi-monthly | Salary |
| | Relationship to debtor<br>Officer | | | |
| 30.3. | Kelly Nickerson<br>115 N.E. 3rd Street<br>Fort Meade, FL 33841-2533 | Gross $15,600.00 (Thru July 31, 2018) | Semi-monthly | Salary |
| | Relationship to debtor<br>Officer | | | |
| 30.4. | Roger L. Nickerson<br>5901 Steve Roberts Special<br>Zolfo Springs, FL 33890-9523 | Gross $15,600.00 (Thru July 31, 2018) | Semi-monthly | Salary |
| | Relationship to debtor<br>Officer | | | |

Debtor    **Lake Branch Dairy, Inc.**                                    Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Lake Branch Dairy, Inc.**                                   Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 17, 2018**

**/s/ Roger L. Nickerson**                              **Roger L. Nickerson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Lake Branch Dairy, Inc.**           Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kelly Nickerson**<br>**115 N.E. 3rd Street**<br>**Fort Meade, FL 33841-2533** | | | **27.833340%** |
| **Kevin & Leanne Moore**<br>**185 Myrtle Drive**<br>**Wauchula, FL 33873** | | | **22.833330%** |
| **Roger & Connie Montgomery**<br>**2556 Maude Road**<br>**Wauchula, FL 33873-4896** | | | **22.833330%** |
| **Roger L. Nickerson**<br>**5901 Steve Roberts Special**<br>**Zolfo Springs, FL 33890-9523** | | | **26.500000%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 17, 2018**          Signature   **/s/ Roger L. Nickerson**

                                                     **Roger L. Nickerson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Lake Branch Dairy, Inc.**                                                 Case No.
                                                        Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 17, 2018**                    **/s/ Roger L. Nickerson**
                                                   **Roger L. Nickerson/President**
                                                   Signer/Title

Lake Branch Dairy, Inc.
3060 Perdue Road NE
Wauchula, FL 33873-8503

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Chase
PO Box 15298
Wilmington, DE 19850-5298

Deere & Company
6400 NW 86th Street
Johnston, IA 50131

Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Farm Credit of Florida
PO Box 337
Wauchula, FL 33873-0337

Farm Credit of Florida
PO Box 213069
West Palm Beach, FL 33421-3069

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kelly Nickerson
115 N.E. 3rd Street
Fort Meade, FL 33841-2533

Kevin D. Moore
PO Box 1328
Wauchula, FL 33873

MetLife Agricultural Finance
PO Box 25965
Overland Park, KS 66225-5965

Roger L. Nickerson
5901 Steve Roberts Special
Zolfo Springs, FL 33890-9523

Roger Mongomery
2556 Maude Road
Wauchula, FL 33873-4896

Wabasso Road Dairy, Inc.
PO Box 1407
Avon Park, FL 33826

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Lake Branch Dairy, Inc.**                                        Case No. _____

                                           Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................    $            **25,000.00**

     Prior to the filing of this statement I have received ........................    $            **25,000.00**

     Balance Due ...........................................................................    $                 **0.00**

2.   $   **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 17, 2018**                                        **/s/ Buddy D. Ford, Esquire**
_Date_                                                   **Buddy D. Ford, Esquire 0654711**
                                                         _Signature of Attorney_
                                                         **Buddy D. Ford, P.A.**
                                                         **9301 West Hillsborough Avenue**
                                                         **Tampa, FL 33615-3008**
                                                         **(813)877-4669  Fax: (813)877-5543**
                                                         **All@tampaesq.com**
                                                         _Name of law firm_

---

# United States Bankruptcy Court
## Middle District of Florida

In re  __Lake Branch Dairy, Inc.__

Debtor(s)

Case No. _____

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Lake Branch Dairy, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 17, 2018__

Date

__/s/ Buddy D. Ford, Esquire__

__Buddy D. Ford, Esquire 0654711__

Signature of Attorney or Litigant

Counsel for __Lake Branch Dairy, Inc.__

__Buddy D. Ford, P.A.__

__9301 West Hillsborough Avenue__
__Tampa, FL 33615-3008__
__(813)877-4669 Fax:(813)877-5543__
__All@tampaesq.com__